■ In the Matter of ERIC D. LEE. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in Matter of Lee (70 AD2d 775). (Appeal from order of Monroe County Family Court—Family Court Act, art 6.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.